

# NUMBER 13-23-00444-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**LARRY MARK POLSKY,**                                                          **Appellant.**

**v.**

**SPRING MART
ENTERTAINMENT, LLC
D/B/A DOG HOUSE PUB & GRUB,**                                           **Appellee.**

---

### On appeal from the County Court at Law No. 1
### of Cameron County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Tijerina
### Memorandum Opinion by Justice Tijerina

Larry Mark Polsky filed an appeal in appellate cause number 13-22-00287-CV from a final summary judgment. In the same cause, Polsky attempted to appeal the denial of a "Motion for Default Judgment Due to Spoilation of Evidence." On October 31, 2023, this Court severed Polsky's appeal from the denial of a "Motion for Default Judgment Due to

Spoilation of Evidence" in appellate cause number 13-22-00287-CV and informed Polsky that it appeared he was attempting to appeal an order which is unappealable and that his appeal had not been timely perfected. *See* Tex. R. App. P. 42.3. This Court further informed Polsky that if he did not correct the defect within the expiration of ten days, the appeal would be dismissed. *See id.*

Polsky has not corrected the defect and still attempts to appeal the denial of a "Motion for Default Judgment Due to Spoilation of Evidence." Therefore, the appeal in appellate cause number 13-23-00444-CV shall be dismissed, and the appeal is hereby dismissed.

JAIME TIJERINA
Justice

Delivered and filed on the
7th day of December, 2023.

2